## Loretta Hamann et al., Appellants, v. Fred Becklenberg, Appellee.

### Gen. No. 40,905.

386

opinion filed May 13, 1941. Arthur O. Kiesgen, for appellants; James M. Gillespie, of counsel; Arthur Abraham and Patrick J. Crowley, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."